UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MICHAEL LEO SCHOFIELD,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>     Defendant. | 3:06-cv-00200-LRH-VPC<br><br>ORDER |

  Before the court is Plaintiff's Motion Requesting Entry of Default Judgment (#22), Plaintiff's Objection to Dismissal Without Prejudice (#23), and Plaintiff's Request for Special Hearing (#21). This action was dismissed without prejudice based upon failure of prosecution on September 10, 2007 (#19).

  It continues to appear that Plaintiff, acting in properia persona, is under the mistaken impression that service pursuant to the Federal Rules of Civil Procedure and the Nevada Rules of Civil Procedure has been completed. A review of the file confirms that there still has not been lawful service of process upon Defendant State of Nevada. Moreover, it appears likely that Plaintiff is uninformed concerning his legal rights to bring such an action as reflected by his complaint. The State of Nevada is entitled to sovereign immunity except where it may have waived sovereign immunity. Plaintiff's complaint reflects his great frustration and disagreement with certain state judicial proceedings, state judges, and action taken by state officers in connection with a divorce action and child support matters. Judicial officers are almost always entitled to absolute immunity in the performance of their duties and state officers are generally

1  entitled to either absolute or qualified immunity. It, therefore, appears that Plaintiff owes it to
2  himself to consult with legal counsel concerning his attempted legal action against the State of
3  Nevada.
4      This court has ordered this action dismissed without prejudice due to failure of service
5  and failure of the procedural requirements necessary to prosecute an action such as this one.  The
6  court will not set aside the dismissal at this time.  However, if after fully consulting with legal
7  counsel or retaining legal counsel, Plaintiff shows grounds that would warrant a setting aside of
8  the dismissal in this action, the court will consider them.
9      At the time of this order, this action remains dismissed without prejudice.  Plaintiff is
10 strongly encouraged to consult with legal counsel.
11     Plaintiff's Motion for Entry of Default Judgment (#22) is denied, his Objection to
12 Dismissal Without Prejudice (#23) is overruled and his Request for Special Hearing (#21) is
13 denied as moot.
14     IT IS SO ORDERED.
15     DATED this 9th day of November, 2007.

                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE